THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS ACERRA, Appellant.

Argued January 15, 1940; decided February 27, 1940.

*David F. Price* and *Sol A. Klein* for appellant.

*William F. X. Geoghan,* District Attorney (*Henry J. Walsh* of counsel), for respondent.

Judgments reversed and new trial ordered on the ground that the evidence is insufficient as matter of law to prove guilt beyond a reasonable doubt. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, SEARS and CONWAY, JJ. Dissenting: FINCH and LEWIS, JJ.